ANDREW L. PACKARD (State Bar No. 168690)
ERIK M. ROPER (State Bar No. 259756)
EMILY J. BRAND (State Bar No. 267564)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N., Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
E-mail: Andrew@packardlawoffices.com
Erik@packardlawoffices.com
Emily@packardlawoffices.com

Attorneys for Plaintiff,
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

DOWNEY BRAND LLP
MELISSA A. THORME (Bar No. 151278)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone: (916) 444-1000
Facsimile:  (916) 444-2100
mthorme@downeybrand.com

Attorneys for Defendants,
ANTHONY CORDIANO, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY CORDIANO, an individual dba Jaguar Heaven and DANIEL FRYE, an individual dba Jaguar Heaven<br><br>Defendants. | Case No.  CV 12-01989 LKK<br><br>**ORDER CONTINUING THE OCTOBER 15, 2012 STATUS CONFERENCE, AND EXTENDING THE TIME TO FILE THE RELATED STATUS REPORT** |

1

[PROPOSED] ORDER CONTINUING THE STATUS CONFERENCE/REPORT DATES        Case No. CV 12-01989 LKK

**ORDER**

PURSUANT TO THE STIPULATION between Plaintiff CALIFORNIA SPORTFISHING PROTECTION ALLIANCE and Defendants ANTHONY CORDIANO, an individual dba Jaguar Heaven, and DANIEL FRYE, an individual dba Jaguar Heaven, agreeing that the October 15, 2012 Status Conference be delayed until after the responsive pleadings are filed on or about November 9, 2012, and set for the earliest date thereafter that the Court's schedule permits, the Court hereby resets the Status Conference to be conducted on December 10, 2012 at 1:30 p.m. of the above-captioned court, and the Status Report to be filed and served fourteen (14) days prior.

**IT IS SO ORDERED.**

DATED: September 28, 2012.

1278762.1

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT