UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE, a
non-profit corporation,

        Plaintiff,

   v.

ANTHONY CORDIANO, an
individual, dba JAGUAR
HEAVEN, and DANIEL FRYE,
an individual, dba JAGUAR
HEAVEN,

        Defendants.
_____/

NO. Civ.S-12-1989 LKK/DAD

**ORDER RE DISPOSAL
DOCUMENTS AFTER
NOTIFICATION OF SETTLEMENT**

    Counsel for plaintiff has filed a Notice of Settlement in the above-captioned case.  The court now orders that the dispositional documents disposing of the case be filed no later than January 11, 2013.

    All hearing dates heretofore set in this matter are hereby **VACATED.**

    <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>

1

1 CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

2     IT IS SO ORDERED.

3     DATED:  October 22, 2012.

```
                               /s/ Lawrence K. Karlton
                               _____
                               LAWRENCE K. KARLTON
                               SENIOR JUDGE
                               UNITED STATES DISTRICT COURT
```